IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| TONY EUGENE HENLEY SR. | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 3:18-cv-00729-RGJ |
| | ) |
| EQUIFAX INFORMATION SERVICES LLC, ET AL., | ) |
| | ) |
|     Defendant. | ) |

## NOTICE OF VOLUNTARY DISMISSAL

NOW COMES Plaintiff, Tony Eugene Henley, Sr., pursuant to Fed. R. Civ. P. 41(a)(1)(A) and files this Notice to Dismiss with prejudice the above-referenced action against Defendant, Equifax Information Services LLC, only, who has neither filed an Answer nor Motion for Summary Judgment in this action.  Each party shall bear his/its own fees.

Respectfully submitted this 28th day of January, 2019.

                                                               HEMMINGER LAW OFFICE, PSC

                                                               /s/ *David W. Hemminger*
                                                               David W. Hemminger
                                                                HEMMINGER LAW OFFICE, P.S.C.
                                                               331 Townepark Circle, Suite 100-C
                                                                Louisville, KY 40243
                                                                Tel: (502) 443-1060
                                                                Fax: (502) 873-5300
                                                                Email: hemmingerlawoffice@gmail.com
                                                                *Attorney for Plaintiff Tony Eugene Henley, Sr.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of January, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to counsel of record.

*/s/ David W. Hemminger*
David W. Hemminger