IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| TONY EUGENE HENLEY SR. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 3:18-cv-00729-RGJ |
| | ) |
| EQUIFAX INFORMATION SERVICES LLC, ET AL., | ) |
| | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Toney Eugene Henley, Sr., by counsel, and Defendant Experian Information Solutions, Inc. ("Experian"), by counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiff's cause against Experian only should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

This 6th day of December, 2019

/s/ David W. Hemminger
David W. Hemminger, Esq.
Hemminger Law Office, P.S.C.
331 Townepark Circle
Suite 100-C
Louisville, KY  40243
P: (502) 443-1060 F: (502) 873-5300
E-Mail: hemmingerlawoffices@gmail.com
*Counsel for Plaintiff Tony Eugene Henley, Sr.*

*/s/ Andrew Spangenbery (with permission)*
Andrew Spangenberg
JONES DAY® - One Firm Worldwide
500 Grant Street, Suite 4500
Pittsburgh, PA 15219-2514
E-Mail: aspangenberg@jonesday.com
 *Attorney for Defendant Experian Information Solutions, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of December, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all parties of record.

*/s/David W. Hemminger*
David W. Hemminger